| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jane R. Andrick |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 17-50555-amk |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 6 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/06/2023

**New total payment:**
Principal, interest, and escrow, if any: $ 1,547.03

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 468.21     New escrow payment: $ 564.51

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Jane R. Andrick | Case number (if known) 17-50555-amk |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 02/17/2023

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MICHAEL T ANDRICK
3865 MORELAND AVE
STOW OH  44224

Analysis Date: February 13, 2023                                                                                                     Final
Property Address: 3865 MORELAND AVENUE  STOW, OH 44224                                                                        Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2022 to Mar 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 06, 2023: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 982.52 | 982.52 ** | | Due Date: | Jan 06, 2023 |
| Escrow Payment: | 468.21 | 564.51 | | Escrow Balance: | 1,086.06 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 1,404.63 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $2,490.69 |
| Total Payment: | $1,450.73 | $1,547.03 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,404.60 | 6,104.30 |
| Apr 2022 | 468.21 | 1,236.28 | | * | | 1,872.81 | 7,340.58 |
| May 2022 | 468.21 | 618.14 | | * | | 2,341.02 | 7,958.72 |
| Jun 2022 | 468.21 | 618.14 | | * | | 2,809.23 | 8,576.86 |
| Jun 2022 | | | | 1,944.89 | * County Tax | 2,809.23 | 6,631.97 |
| Jul 2022 | 468.21 | 618.14 | 1,641.60 | * | County Tax | 1,635.84 | 7,250.11 |
| Aug 2022 | 468.21 | 618.14 | | * | | 2,104.05 | 7,868.25 |
| Sep 2022 | 468.21 | 468.21 | | | | 2,572.26 | 8,336.46 |
| Sep 2022 | | | | 4,294.06 | * Escrow Disbursement | 2,572.26 | 4,042.40 |
| Oct 2022 | 468.21 | 468.21 | | | | 3,040.47 | 4,510.61 |
| Nov 2022 | 468.21 | 468.21 | | | | 3,508.68 | 4,978.82 |
| Dec 2022 | 468.21 | 468.21 | | | | 3,976.89 | 5,447.03 |
| Jan 2023 | 468.21 | 468.21 | 2,032.00 | 3,031.00 | * Homeowners Policy | 2,413.10 | 2,884.24 |
| Feb 2023 | 468.21 | | 1,944.89 | 1,798.18 | * County Tax | 936.42 | 1,086.06 |
| Mar 2023 | 468.21 | | | | * | 1,404.63 | 1,086.06 |
| | | | | | Anticipated Transactions | 1,404.63 | 1,086.06 |
| Feb 2023 | | 936.42 | | | | | 2,022.48 |
| Mar 2023 | | 468.21 | | | | | 2,490.69 |
| | $5,618.52 | $7,454.52 | $5,618.49 | $11,068.13 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Page 1

17-50555-amk    Doc    FILED 02/17/23    ENTERED 02/17/23 09:07:57    Page 3 of 7

Last year, we anticipated that payments from your account would be made during this period equaling 5,618.49. Under Federal law, your lowest monthly balance should not have exceeded 936.42 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 936.42. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date: February 13, 2023 — Final
Borrower: MICHAEL T ANDRICK — Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,490.69 | 1,693.47 |
| Apr 2023 | 564.51 | | | 3,055.20 | 2,257.98 |
| May 2023 | 564.51 | | | 3,619.71 | 2,822.49 |
| Jun 2023 | 564.51 | | | 4,184.22 | 3,387.00 |
| Jul 2023 | 564.51 | 1,944.89 | County Tax | 2,803.84 | 2,006.62 |
| Aug 2023 | 564.51 | | | 3,368.35 | 2,571.13 |
| Sep 2023 | 564.51 | | | 3,932.86 | 3,135.64 |
| Oct 2023 | 564.51 | | | 4,497.37 | 3,700.15 |
| Nov 2023 | 564.51 | | | 5,061.88 | 4,264.66 |
| Dec 2023 | 564.51 | | | 5,626.39 | 4,829.17 |
| Jan 2024 | 564.51 | 3,031.00 | Homeowners Policy | 3,159.90 | 2,362.68 |
| Feb 2024 | 564.51 | 1,798.18 | County Tax | 1,926.23 | 1,129.01 |
| Mar 2024 | 564.51 | | | 2,490.74 | 1,693.52 |
| | $6,774.12 | $6,774.07 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,129.01. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,129.01 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,490.69. Your starting balance (escrow balance required) according to this analysis should be $1,693.47. This means you have a surplus of 797.22. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 6,774.07. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 564.51 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $564.51 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 17-50555-amk |
| Jane R. Andrick | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Michael George, Debtor's Counsel
    mgeorge@ohiolegalclinic.com

    Keith Rucinski, Trustee
    efilings@ch13akron.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Jane R. Andrick, Debtor
    3865 Moreland Ave.
    Stow, OH 44224

                                          Respectfully Submitted,

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (0083702)
                                          Sottile & Barile, Attorneys at Law
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com
                                          Attorney for Creditor